UNITED STATES DISTRICT COURT
                          DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Jose L. Linares, U.S.D.J.
                                  Crim. No. 11-536 (JLL)
           v.                 :

DWYLAN S. JOHNSON             :   CONSENT ORDER

 

       This matter having come before the Court upon the
motion of the defendant, DWYLAN S. JOHNSON (Mark A. Berman, Esq.,
counsel), to strike certain questions from a Post-Conviction Risk
Assessment Offender Questionnaire provided to the defendant by
the United States Probation Office; and the Court having reviewed
the defendant's motion, and the response of the United States
(Paul J. Fishman, United States Attorney for the District of New
Jersey, by Eric M. Schweiker, Assistant U.S. Attorney); and the
United States having represented in its response that the U.S.
Probation Office concurs with the resolution of the defendant's
motion as set forth in this Order; and the parties have agreed to
the form and entry of this Order, as evidenced by their
respective counsel's signatures below; and for good cause shown:

       IT IS, on this ___11th___ day of October, 2011, that
defendant DWYLAN S. JOHNSON shall be and hereby is RELIEVED of
his obligation to answer those questions in the Post-Conviction
Risk Assessment Offender Questionnaire identified in his motion
to strike, namely Questions 8, 13, 17, 19, 22, 25, 31, 35, 37,
44, 45, 50, 56, 61, 71, 73, 76, 77, 78, and 80, unless and until

such time as defendant DWYLAN S. JOHNSON'S conviction in this

matter becomes final.

I hereby consent to the
form and entry of this Order:

_____
Mark A. Berman, Esq.
Counsel for Defendant
DWYLAN S. JOHNSON

_____
Eric M. Schweiker
Assistant U.S. Attorney

_____
HON. JOSE L. LINARES
United States District Judge

- 2 -