UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-0536 (JLL) |
| v. | : | Hon. Jose L. Linares |
| DWYLAN S. JOHSON | : | **ORDER CLARIFYING STAY OF SENTENCE** |

The Court having issued an Order on February 1, 2012, staying the sentence of defendant Dwylan S. Johnson pending the resolution of his appeal in the captioned matter and thereby lifting the restrictions imposed as part of his sentence; and the United States, Paul J. Fishman, United States Attorney for the District of New Jersey (Sarah Wolfe, Assistant United States Attorney, appearing) and the United States Probation Office having requested clarification of said Order:

IT IS, on this ___6th___ day of February, 2012, hereby ORDERED that

1. The restrictions of house arrest, electronic monitoring and community service, imposed as part of defendant's sentence, shall be and are hereby STAYED pending resolution of the appeal in this matter; and

2. The defendant shall continue to report to United States Probation as required by Probation.

BY THE COURT:

_____
Hon. Jose L. Linares
United States District Judge